KEKER & VAN NEST LLP
ASHOK RAMANI - # 200020
aramani@kvn.com
MICHAEL S. KWUN - # 198945
mkwun@kvn.com
SHARIF E. JACOB - # 257546
sjacob@kvn.com
STACY S. CHEN - # 261822
schen@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:   415 397 7188

Attorneys for Plaintiff, Counter-Defendant,
and Counter-Claimant, NETFLIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NETFLIX, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>ROVI CORPORATION; ROVI TECHNOLOGIES CORPORATION; ROVI GUIDES, INC. (f/k/a GEMSTAR-TV GUIDE INTERNATIONAL); and UNITED VIDEO PROPERTIES, INC.,<br><br>  Defendants. | Case No. 4:11-CV-6591 PJH<br><br>[**PROPOSED**] ORDER GRANTING NETFLIX'S UNOPPOSED MOTION TO STAY CASE<br><br>Date:     June 13, 2012<br>Time:    9:00 a.m.<br>Dept.:   Courtroom 3, 3rd Floor<br>Judge:   Hon. Phyllis J. Hamilton<br><br>Date Filed: December 21, 2011<br><br>Trial Date: None |
| ROVI CORPORATION; ROVI TECHNOLOGIES CORPORATION; ROVI GUIDES, INC. (f/k/a GEMSTAR-TV GUIDE INTERNATIONAL); UNITED VIDEO PROPERTIES, INC.; APTIV DIGITAL, INC.; and STARSIGHT TELECAST, INC.,<br><br>  Counter-Claimants,<br><br>  v.<br><br>NETFLIX, INC.,<br><br>  Counter-Defendant. | |

1

[PROPOSED] ORDER STAYING CASE
Case No. 4:11-CV-6591 PJH

665152.01

NETFLIX, INC.,

        Counter-Claimant,

    v.

ROVI CORPORATION; UNITED VIDEO PROPERTIES, INC.; APTIV DIGITAL, INC.; and STARSIGHT TELECAST, INC.,

        Counter-Defendants.

## [~~PROPOSED~~] ORDER

Presently before the Court is Plaintiff Netflix, Inc.'s Unopposed Motion to Stay. The Court, having considered the papers filed in support of the motion, the non-opposition of Defendants and Counter-Claimants Rovi Corporation, Rovi Technologies Corp., Rovi Guides, Inc., and United Video Properties, Inc., and Counter-Claimants Aptiv Digital, Inc. and Starsight Telecast, Inc., and other matters relevant to the determination of the motion, hereby **GRANTS** the motion to stay. Accordingly, the Court orders as follows:

1. The present action shall be stayed pending final resolution of any action instituted upon the Complaint styled *Certain Products Containing Interactive Program Guide and Parental Control Technology*, filed in the ITC on May 1, 2012, and bearing docket number 2984, including any initial and final determinations of the Administrative Law Judge, the ITC, and review and appeals therefrom;

2. During the stay, any and all proceedings in the present action are stayed;

3. All pending conferences and hearings are taken off calendar;

4. All pending deadlines are vacated; and

5. Following the expiration of the stay, the parties shall confer with each other and contact the Court for purposes of lifting the stay and entry of a case management order.

**IT IS SO ORDERED.**

Dated: __May 15_____, 2012



HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE