KEKER & VAN NEST LLP
ASHOK RAMANI, #200020
aramani@kvn.com
MICHAEL S. KWUN, #198945
mkwun@kvn.com
SHARIF E. JACOB, #257456
sjacob@kvn.com
STACY CHEN, #261822
schen@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Plaintiff, Counterdefendant
and Counterclaimant NETFLIX, INC.

McDERMOTT WILL & EMERY LLP
YAR R. CHAIKOVSKY, #175421
ychaikovsky@mwe.com
DAVID L. LARSON, #112342
dlarson@mwe.com
HONG S. LIN, #249898
hlin@mwe.com
PHILIP OU, #259896
pou@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA  94025-4004
Telephone:     650 815 7400
Facsimile:      650 815 7401

Attorneys for Defendants, Counterclaimants, and Counterdefendants ROVI CORPORATION and UNITED VIDEO PROPERTIES, INC.; Defendants and Counterclaimants ROVI TECHNOLOGIES CORPORATION and ROVI GUIDES, INC.; and Counterclaimants and Counterdefendants APTIV DIGITAL, INC. and STARSIGHT TELECAST, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NETFLIX, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROVI CORPORATION; ROVI TECHNOLOGIES CORPORATION; ROVI GUIDES, INC. (f/k/a GEMSTAR-TV GUIDE INTERNATIONAL); and UNITED VIDEO PROPERTIES, INC., <br><br> Defendants. <br><br> ROVI CORPORATION; ROVI TECHNOLOGIES CORPORATION; ROVI GUIDES, INC. (f/k/a GEMSTAR-TV GUIDE INTERNATIONAL); UNITED VIDEO PROPERTIES, INC.; APTIV DIGITAL, INC.; and STARSIGHT TELECAST, INC., <br><br> Counterclaimants, | Case No. 4:11-CV-6591 PJH <br><br> **STIPULATION REGARDING FURTHER CASE MANAGEMENT** <br><br> Date Comp. Filed:  December 21, 2011 <br><br> Trial Date:  None |

1 | v.
2 | NETFLIX, INC.,
3 | Counterdefendant.
4 | NETFLIX, INC.
5 | Counterclaimant,
6 | v.
7 | ROVI CORPORATION; UNITED VIDEO PROPERTIES, INC.; APTIV DIGITAL, INC.; and STARSIGHT TELECAST, INC.
8 |
9 | Counterdefendants.

STIPULATION REGARDING
FURTHER CASE MANAGEMENT
CASE NO. 4:11-CV-6591 PJH

In accordance with Minute Entry dated August 7, 2014 (Dkt. No. 54), Netflix, Inc. ("Plaintiff") and Rovi Corp., Rovi Technologies Corp., Rovi Guides, Inc., United Video Properties, Inc., Aptiv Digital, Inc., and Starsight Telecast, Inc. (collectively, "Defendants") hereby submit the following stipulation regarding further case management.

I.  **PRE-*MARKMAN* HEARING SCHEDULING**

The parties submit the following agreed upon schedule for pre-*Markman* hearing deadlines.

| Event | Agreed Upon Date |
|---|---|
| Initial Disclosures Due | August 28 2014 |
| Rovi serves infringement contentions and makes document accompanying disclosures (Patent L.R. 3-1 and 3-2) | August 28, 2014 |
| Deadline to amend pleadings | October 20, 2014 |
| Netflix serves invalidity contentions and make document production accompanying invalidity contentions (Patent L.R. 3-3 and 3-4) | October 31, 2014 |
| Exchange of proposed terms for construction (Patent L.R. 4-1) | November 14, 2014 |
| Exchange of preliminary claim constructions and extrinsic evidence (Patent L.R. 4-2) | December 5, 2014 |
| Joint claim construction and prehearing statement (Patent L.R. 4-3) | December 19, 2014 |

| Event | Agreed Upon Date |
|---|---|
| Completion of claim construction discovery (Patent L.R. 4-4) | January 16, 2015 |
| Rovi's opening claim construction brief | January 30, 2015 |
| Netflix's responsive claim construction brief | February 18, 2015 |
| Rovi's claim construction reply | March 2, 2015 |
| Markman Tutorial (1/2 day) | March 13, 2015 |
| Claim Construction Hearing | March 25, 2015 |

## II.  CONSENT TO MAGISTRATE

While the Court has assigned a magistrate judge to resolve discovery disputes, Rovi declines to consent to the assignment to a magistrate judge for any other purposes. Netflix consents to a magistrate judge for all purposes.

## III.  DEPOSITION

The parties agree that each side may take up to 150 hours of deposition time on the record subject to (1) a 70-hour limit on depositions of party witnesses, i.e., witnesses designated to testify pursuant to Federal Rule of Civil Procedure 30(b)(6) and party employees testifying in their individual capacity, and (2) no party witness may be deposed more than once regardless of whether the witness is presented in his individual or corporate capacity.

| | | |
|---|---|---|
| Dated:  August 21, 2014 | | KEKER & VAN NEST LLP |
| | By: | */s/ Sharif E. Jacob*<br>ASHOK RAMANI<br>SHARIF E. JACOB |
| | | Attorneys for Plaintiff, Counterdefendant and Counterclaimant NETFLIX, INC. |
| Dated:  August 21, 2014 | | MCDERMOTT WILL & EMERY LLP |
| | By: | */s/ Yar R. Chaikovsky*<br>YAR R. CHAIKOVSKY |
| | | Attorneys for Defendants-Counterclaimants Rovi Corp., Rovi Technologies Corp., Rovi Guides, Inc., United Video Properties, Inc., Aptiv Digital, Inc., and Starsight Telecast, Inc. |

### **SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5.1, I hereby attest that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request.

Dated:  August 21, 2014                                         */s/ Yar R. Chaikovsky*
                                                                                    Yar R. Chaikovsky

**CASE MANAGEMENT ORDER**

The above STIPULATION REGARDING FURTHER CASE MANAGEMENT is approved and all parties shall comply with its provisions.

IT IS SO ORDERED.

Dated: 8/25/14

_____
PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE