McDERMOTT WILL & EMERY LLP
YAR R. CHAIKOVSKY, #175421
ychaikovsky@mwe.com
DAVID L. LARSON, #112342
dlarson@mwe.com
HONG S. LIN, #249898
hlin@mwe.com
PHILIP OU, #259896
pou@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025-4004
Telephone: 650 815 7400
Facsimile: 650 815 7401

Attorneys for Defendants, Counterclaimants, and Counterdefendants ROVI CORPORATION and UNITED VIDEO PROPERTIES, INC.; Defendants and Counterclaimants ROVI TECHNOLOGIES CORPORATION and ROVI GUIDES, INC.; and Counterclaimants and Counterdefendants APTIV DIGITAL, INC. and STARSIGHT TELECAST, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NETFLIX, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ROVI CORPORATION; ROVI TECHNOLOGIES CORPORATION; ROVI GUIDES, INC. (f/k/a GEMSTAR-TV GUIDE INTERNATIONAL); and UNITED VIDEO PROPERTIES, INC.,<br><br>Defendants. | Case No. 4:11-CV-6591 PJH<br><br>**DEFENDANTS' UNOPPOSED MOTION FOR THE COURT TO REQUEST TRANSMISSION OF THE ITC RECORD TO THE DISTRICT COURT**<br><br>Dept.: Courtroom 3, 3rd Floor<br>Judge: Hon. Phyllis J. Hamilton<br><br>Complaint Filed: December 21, 2011 |



McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

ROVI CORPORATION; ROVI TECHNOLOGIES CORPORATION; ROVI GUIDES, INC. (f/k/a GEMSTAR-TV GUIDE INTERNATIONAL); UNITED VIDEO PROPERTIES, INC.; APTIV DIGITAL, INC.; and STARSIGHT TELECAST, INC.,

Counterclaimants,

v.

NETFLIX, INC.,

Counterdefendant.

NETFLIX, INC.

Counterclaimant,

v.

ROVI CORPORATION; UNITED VIDEO PROPERTIES, INC.; APTIV DIGITAL, INC.; and STARSIGHT TELECAST, INC.

Counterdefendants.

McDermott Will & Emery LLP
Attorneys At Law
Menlo Park

PLEASE TAKE NOTICE THAT pursuant to 28 U.S.C. § 1659(b) and Civil Local Rule 7-2, Defendants Rovi Corp., United Video Properties, Inc., Rovi Technologies Corp., Rovi Guides, Inc., Aptiv Digital, Inc., and Starsight Telecast Inc. (“Rovi”) hereby move the Court to order the United States International Trade Commission (“ITC”) to transmit the complete record from *Certain Products Containing Interactive Program Guide and Parental Control Technology*, Inv. No. 337-TA-845 (the “845 Investigation”) to the United States District Court for the Northern District of California. Plaintiff Netflix, Inc. has indicated it does not oppose this motion.

Shortly after the underlying action was filed, the Court stayed the case pursuant to 28 U.S.C. § 1659(a), pending final resolution of a companion ITC action filed by Rovi. Dkt. 47. The companion ITC action has been finally resolved. On July 10, 2014, this Court lifted the

stay, Dkt. 52, and subsequently held a Case Management Conference on August 7, 2014. Dkt. 53.

28 U.S.C. § 1659(b) states:

> (b) Use of Commission Record. Notwithstanding section 337(n)(1) of the Tariff Act of 1930, after dissolution of a stay under subsection (a), the record of the proceeding before the United States International Trade Commission ***shall be transmitted*** to the district court and shall be admissible in the civil action, subject to such protective order as the district court determines necessary, to the extent permitted under the Federal Rules of Evidence and the Federal Rules of Civil Procedure.

(emphasis added). Accordingly, now that the stay has been lifted, § 1659(b) requires the Commission to transmit the record from the 845 Investigation to this Court for use in this action.

To protect against the unauthorized disclosure of confidential information contained in the ITC record, § 1659(b) states that the record of the ITC proceedings shall be transmitted to the district court "subject to such protective order as the district court determines necessary." Accordingly, concurrently filed herewith is the parties' Stipulated Protective Order. In addition, the concurrently filed Proposed Order provides for notification to third parties from the 845 Investigation of the transfer and provides an opportunity for said parties to object to disclosure of their confidential information once a Protective Order is entered by the Court.

To initiate the transmittal of the record, the Commission requires a request from the Court. *See* 19 C.F.R. § 210.39(b) ("after the determination of the Commission becomes final and the stay is dissolved, the Commission shall certify to the district court such portions of the record of its proceeding as the district court may request"). Accordingly, concurrently filed herewith is a Proposed Order, directed to the Secretary of the ITC, requesting that the complete record of the 845 Investigation be transmitted by the Commission to the United States District Court for the Northern District of California. Once signed, Rovi will provide the order to the Secretary of the ITC to initiate the transmittal of the record from the 845 Investigation.

McDermott Will & Emery LLP
Attorneys At Law
Menlo Park

Dated: October 1, 2014

Respectfully submitted,

McDERMOTT WILL & EMERY LLP

By: */s/ Yar R. Chaikovsky*
YAR R. CHAIKOVSKY

Attorney for Defendants, Counterclaimants, and Counterdefendants ROVI CORPORATION and UNITED VIDEO PROPERTIES, INC.; Defendants and Counterclaimants ROVI TECHNOLOGIES CORPORATION and ROVI GUIDES, INC.; and Counterclaimants and Counterdefendants APTIV DIGITAL, INC. and STARSIGHT TELECAST, INC.