UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

NETFLIX, INC.,

Plaintiff,

v.

ROVI CORPORATION; ROVI TECHNOLOGIES CORPORATION; ROVI GUIDES, INC. (f/k/a GEMSTAR-TV GUIDE INTERNATIONAL); and UNITED VIDEO PROPERTIES, INC.,

Defendants.

ROVI CORPORATION; ROVI TECHNOLOGIES CORPORATION; ROVI GUIDES, INC. (f/k/a GEMSTAR-TV GUIDE INTERNATIONAL); UNITED VIDEO PROPERTIES, INC.; APTIV DIGITAL, INC.; and STARSIGHT TELECAST, INC.,

Counterclaimants,

v.

NETFLIX, INC.,

Counterdefendant.

NETFLIX, INC.

Counterclaimant,

v.

ROVI CORPORATION; UNITED VIDEO PROPERTIES, INC.; APTIV DIGITAL, INC.; and STARSIGHT TELECAST, INC.

Counterdefendants.

Case No. 4:11-CV-06591 PJH

**[~~PROPOSED~~] ORDER REQUESTING TRANSMISSION OF THE ITC RECORD TO THE DISTRICT COURT**

Dept.: Courtroom 3, 3rd Floor
Judge: Hon. Phyllis J. Hamilton

Complaint Filed: December 21, 2011

McDermott Will & Emery LLP
Attorneys At Law
Menlo Park

Pursuant to 28 U.S.C. § 1659(b), the undersigned hereby orders the following:

1. The complete record, as defined in 19 C.F.R. § 210.38(a), of the proceedings before the United States International Trade Commission ("ITC") in *Certain Products Containing Interactive Program Guides and Parental Control Technology*, Inv. No. 337-TA-845 (the "845 Investigation") is ordered to be transmitted to the United States District Court for the Northern District of California, Oakland Division, civil action 5:11-cv-06591-PJH. Defendant Rovi Corp. will file this Order with the Secretary of the ITC..

2. The Parties will notify every third party who supplied documents and information designated as Confidential Business Information that was entered into the record of the 845 Investigation of the transfer order within three days of the filing of the Motion for the Court to Request Transmission of the ITC Record ("Motion"). The Parties' notice shall include: (a) a copy of this order, and (b) a copy of the Stipulated Protective Order. Rovi will provide notice of the transfer order to the other Respondents from the ITC case and to third-parties on which it served a subpoena. Netflix will provide notice of the transfer order to third-parties on which it served a subpoena.

3. Third-parties shall be provided 10 days to object to the transfer of its documents from the ITC. After the 10 day period, the Stipulated Protective Order will govern the third-party information, as set forth in 19 C.F.R. §210.39(b) and in the Stipulated Protective Order, except to the extent that a third party filed a motion concerning its documents.

4. Pursuant to the Stipulated Protective Order, documents and information from the record of the 845 Investigation designated as Confidential Business Information shall be treated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the operative protective order. Documents and information from the record of the 845 Investigation designated as Confidential Source Code shall be treated as HIGHLY CONFIDENTIAL – SOURCE CODE" under the operative protective order.

**IT IS SO ORDERED.**

Dated: October 3, 2014

HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE




DM_US 54504237-5.072826.0031