UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NETFLIX, INC.,

    Plaintiff,

    v.

ROVI CORPORATION, et al.,

    Defendants.

_____/

No. C 11-6591 PJH

**ORDER RE ITC RECORD**

Pursuant to the court's October 3, 2014 order requesting transmission of the ITC record to the district court, the court has now received 19 CDs containing that record from the ITC. Because the court does not have the ability to duplicate the CDs for the parties, the parties are hereby directed to enter a stipulation regarding a procedure for pickup of the CDs, duplication and distribution of the CDs to all parties in this case, and return of the CDs to the court. The parties are directed to file their stipulation by **October 24, 2014**.

**IT IS SO ORDERED.**

Dated: October 17, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge