# Exhibit C

McDermott Will & Emery

Boston Brussels Chicago Düsseldorf Frankfurt Houston London Los Angeles Miami
Milan Munich New York Orange County Paris Rome Seoul Silicon Valley Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

Hong S. Lin
Attorney at Law
hlin@mwe.com
+1 650 815 7560

October 16, 2014

VIA E-MAIL

Ashok Ramani, Esq.
Keker & Van Nest LLP
633 Battery St.
San Francisco, CA 94111

Re: Grant of Covenant Not to Sue Netflix by Rovi on U.S. Patent Nos. 6,305,016, 7,100,185, and 8,112,776

Dear Ashok:

Rovi Corporation and its subsidiaries ("Rovi") unconditionally covenant not to sue Netflix, Inc. ("Netflix") for infringement as to any claim of U.S. Patent Nos. 6,305,016, 7,100,185 or 8,112,776 based upon Netflix's making, having made, using, distributing, importing, offering for sale, or selling its video-streaming service as it exists as of the execution of this Agreement or has existed in the past through the respective expirations of U.S. Patent Nos. 6,305,016, 7,100,185 and 8,112,776.

Sincerely,

Hong S. Lin

DM_US 56007286-1.072826.0031
10/16/14