| | |
|---|---|
| KEKER & VAN NEST LLP<br>ASHOK RAMANI - # 200020<br>aramani@kvn.com<br>MICHAEL S. KWUN - # 198945<br>mkwun@kvn.com<br>SHARIF E. JACOB - # 257546<br>sjacob@kvn.com<br>STACY CHEN - # 261822<br>schen@kvn.com<br>EDWARD A. BAYLEY - # 267532<br>ebayley@kvn.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:     415 397 7188<br><br>Attorneys for Plaintiff, Counter-Defendant and Counter-Claimant NETFLIX, INC. | YAR R. CHAIKOVSKY (SBN 175421)<br>ychaikovsky@mwe.com<br>DAVID L. LARSON (SBN 112342)<br>dlarson@mwe.com<br>HONG S. LIN (SBN 249898)<br>hlin@mwe.com<br>PHILIP OU (SBN 259896)<br>pou@mwe.com<br>SRULI YELLIN (SBN 291431)<br>syellin@mwe.com<br>McDERMOTT WILL & EMERY LLP<br>275 Middlefield Road, Suite 100<br>Menlo Park, CA  94025-4004<br>Telephone:     650 815 7400<br>Facsimile:     650 815 7401<br><br>Attorneys for Defendants, Counterclaimants, and Counterdefendants ROVI CORPORATION and UNITED VIDEO PROPERTIES, INC., Defendants and Counterclaimants ROVI TECHNOLOGIES CORPORATION AND ROVI GUIDES, INC. (f/k/a GEMSTAR-TV GUIDE INTERNATIONAL);, and Counterdefendants APTIV DIGITAL, INC. and STARSIGHT TELECAST, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NETFLIX, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>ROVI CORPORATION; ROVI TECHNOLOGIES CORPORATION; ROVI GUIDES, INC. (f/k/a GEMSTAR-TV GUIDE INTERNATIONAL); and UNITED VIDEO PROPERTIES, INC.,<br><br>        Defendants. | Case No. 4:11-CV-6591 PJH<br><br>**STIPULATION AND PROPOSED ORDER**<br><br>Date:     Nov. 26, 2014<br>Time:    9:00 a.m.<br>Dept.:    Courtroom 3, 3rd Floor<br>Judge:   Hon. Phyllis J. Hamilton<br><br>Date Filed: December 21, 2011<br><br>Trial Date:  None |
| ROVI CORPORATION; ROVI TECHNOLOGIES CORPORATION; ROVI GUIDES, INC. (f/k/a GEMSTAR-TV GUIDE INTERNATIONAL); UNITED VIDEO PROPERTIES, INC.; APTIV DIGITAL, INC.; and STARSIGHT TELECAST, INC.,<br><br>        Counter-Claimants, | |

1      v.

2 NETFLIX, INC.,

3         Counter-Defendant.

4 NETFLIX, INC.,

5         Counter-Claimant,

6     v.

7 ROVI CORPORATION; UNITED VIDEO PROPERTIES, INC.; APTIV DIGITAL, INC.; and STARSIGHT TELECAST, INC.,

8         Counter-Defendants.

After Plaintiff Netflix Inc. ("Netflix") filed its Notice of Motion and Motion to Amend its Answer and Counterclaims to the Counterclaims of Defendants Rovi Corp., et al. (Dkt. 70) ("Motion"), Defendants Rovi Corporation, Rovi Technologies Corporation, Rovi Guides, Inc. (f/k/a Gemstar-TV Guide International), United Video Properties, Inc., Aptiv Digital, Inc., and Starsight Telecast, Inc. (collectively, "Rovi") filed its opposition (Dkt. 79) ("Opposition"), and Netflix filed its Reply (Dkt. 83) ("Reply"), Netflix and Rovi further met and conferred.[1]  Pursuant to Civil L.R. 7-12, Netflix and Rovi now hereby **STIPULATE** AND **AGREE** as follows:

1. On October 20, 2014, Netflix filed its Motion to add six affirmative defenses to its Answer and reflect the dismissal with prejudice of Rovi's First, Second, and Seventh Counterclaims for alleged infringement of U.S. Patent Nos. 6,305,016, 7,100,185, and 8,112,776. *See* Dkt. 70.

2. On November 3, 2014, Rovi filed its Opposition indicating it opposed the Motion to the extent Netflix maintained its third and fourth counterclaims for declaratory judgment of non-infringement and invalidity of U.S. Patent No. 8,112,776.  See Dkt. 79.  Rovi did not oppose the Motion to the extent Netflix seeks to add new affirmative defenses or reflect dismissal of Rovi's Counterclaims on U.S. Patent No. 6,305,016, 7,100,185, and 8,112,776.

3. On November 10, 2014, Netflix filed its Reply agreeing to withdraw its counterclaims regarding U.S. Patent No. 8,112,776.

4. In view of Netflix's agreement to dismiss its claims of non-infringement and invalidity of U.S. Patent No. 8,112,776, Rovi agrees to withdraw its opposition (Dkt. 79) to Netflix's Motion to Amend its Answer and Counterclaims (Dkt. 70).

5. Netflix submits the updated document attached hereto as **Exhibit 1** as its Amended Answer and Counterclaims.  This would supersede the version attached as Exhibit A (Dkt. 70-1) to Netflix's Motion to Amend (Dkt. 70).  Rovi does not oppose entry of the Amended Answer and Counterclaims attached hereto as **Exhibit 1**.

---

[1] In correspondence after the close of pleadings, counsel for Rovi alerted counsel for Netflix to correspondence it sent dated August 6, 2014, which mentioned the re-examination of U.S. Patent No. 8,112,776. Netflix accordingly withdraws its statement to the Court that Rovi did not mention the reexamination of the '776 patent during the parties' meet-and-confer.  *See* Reply at 2.

1
STIPULATION AND PROPOSED ORDER
Case No. 4:11-CV-6591 PJH

880990

6. Because Netflix's Motion to Amend (Dkt. 70) is now unopposed, Netflix and Rovi agree that the matter can be taken off-calendar if the Court agrees.

Dated: Nov. 17, 2014                KEKER & VAN NEST LLP

By: */s/ Stacy Chen*
ASHOK RAMANI
MICHAEL S. KWUN
SHARIF E. JACOB
STACY CHEN
EDWARD A. BAYLEY

Attorneys for Plaintiff, Counter-Defendant and Counter-Claimant NETFLIX, INC.

Dated: Nov. 17, 2014       By:    McDERMOTT WILL & EMERY LLP

*/s/ Amol A. Parikh*
YAR R. CHAIKOVSKY
DAVID L. LARSON
AMOL A. PARIKH
HONG S. LIN
PHILIP OU
SRULI YELLIN

Attorneys for Defendants, Counterclaimants and Counterdefendants Rovi Corporation, Rovi Technologies Guides, Inc. (f/k/a Gemstar-TV Guide International), Rovi Guides, Inc., United Video Properties, Inc., Aptiv Digital, Inc., StarSight Telecast, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED. Plaintiff Netflix, Inc., shall file its Amended Answer and Counterclaims within 3 days of this order's issuance.

Dated: _____     _____
Hon. Phyllis J. Hamilton
United States District Court Judge