UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NETFLIX, INC.,

    Plaintiff,

    v.

ROVI CORPORATION, et al.,

    Defendants.

_____/

No. C 11-6591 PJH

**ORDER RE DISC 6 OF ITC RECORD**

On November 14, 2014, the court granted defendants' unopposed motion to have certain portions of the ITC record re-transmitted to the court. The court has now received the re-transmitted portions. Pursuant to the court's November 14 order, the parties' vendor shall contact the undersigned's courtroom deputy, Nichole Heuerman, at (510) 637-1296, within five days of this order, to arrange a date and time for pickup, duplication, and return of the re-transmitted record.

**IT IS SO ORDERED.**

Dated: November 21, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge