1

2

3                    UNITED STATES DISTRICT COURT

4                    NORTHERN DISTRICT OF CALIFORNIA

5

6

7  NETFLIX, INC.,

8          Plaintiff,                          No. C 11-6591 PJH

9      v.                                **ORDER GRANTING IN PART MOTION**
                                         **TO DISMISS AND VACATING HEARING**
10  ROVI CORPORATION, et al.,

11         Defendants.
   _____/

12

13         On December 4, 2014, the parties submitted a stipulation indicating that Netflix does

14  not oppose Rovi's motion to dismiss Netflix's first and second causes of action (for

15  declaratory judgment of non-infringement and invalidity of the '185 patent).  See Dkt. 98-2.

16  While the court appreciates the parties' resolution of the motion, the court also advises the

17  parties that it has already expended the resources to review this matter, and urges them to

18  make efforts to resolve future disputes before engaging in unnecessary motion practice –

19  or at the very least, to resolve such disputes more than six days before a scheduled

20  hearing, so that the court does not expend unnecessary resources in preparation for the

21  hearing.

22         Moreover, the court is unclear as to the purpose of Netflix's motion for leave to file a

23  sur-reply.  Through their stipulation, the parties have informed the court that Netflix no

24  longer opposes Rovi's motion.  The proposed sur-reply does not appear to serve any

25  purpose other than to burden the court with more paper (including 13 pages of emails

26  between opposing counsel).

27         Netflix's motion for leave to file a sur-reply is DENIED.  However, given the parties'

28  stipulation, Rovi's motion to dismiss is GRANTED, to the extent that it seeks dismissal of

**United States District Court**
For the Northern District of California

Netflix's first and second causes of action.  The December 10, 2014 hearing date is
vacated.  As provided in the parties' stipulation, the dismissal shall be without prejudice.  To
the extent that Rovi's motion seeks dismissal of any of Netflix's claims or counterclaims
related to the '016 patent or the '776 patent, the motion is denied as moot.

**IT IS SO ORDERED.**

Dated: December 8, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge

**United States District Court**
For the Northern District of California

2