UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NETFLIX, INC.,

        Plaintiff,

        v.

ROVI CORPORATION, et al.,

        Defendants.
_____/

No. C 11-6591 PJH

**ORDER RE CHAMBERS COPY**

PLEASE TAKE NOTICE that the chambers copy of the parties' joint claim construction and prehearing statement was submitted in a format that is not usable by the court.

The chambers copy is not usable because it

- ☐ consists of a stack of loose paper wrapped with a rubber band;
- ☒ consists of a stack of loose paper fastened with a binder clip or a paper clip;
- ☐ is too thick to permit secure fastening with a staple, and is fastened with a brad-type fastener that is too short for the thickness of the document;
- ☒ has no tabs for the exhibits;
- ☐ includes exhibits that are illegible;
- ☐ includes exhibits that are unreadable because the print is too small;
- ☐ includes text and/or footnotes in a font smaller than 12 point;
- ☐ includes portions or exhibits that are redacted because the submitting party has requested leave to file those portions under seal; or

☐   includes exhibits that are not attached to a declaration or request for judicial notice and are otherwise unidentified.

The paper used for the above-described chambers copy has been recycled by the court.  No later than **December 29, 2014**, the parties shall submit a chambers copy in a format that is usable by the court.

**IT IS SO ORDERED.**

Dated:   December 23, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge