| | |
|---|---|
| KEKER & VAN NEST LLP | McDERMOTT WILL & EMERY LLP |
| ASHOK RAMANI, #200020 | YAR R. CHAIKOVSKY, #175421 |
| aramani@kvn.com | ychaikovsky@mwe.com |
| MICHAELS S. KWUN, #198945 | DAVID L. LARSON, #112342 |
| mkwun@kvn.com | dlarson@mwe.com |
| SHARIF E. JACOB, #257456 | HONG S. LIN, #249898 |
| sjacob@kvn.com | hlin@mwe.com. |
| EDWARD A. BAYLEY, #267532 | PHILIP OU, #259896 |
| ebayley@kvn.com | pou@mwe.com |
| 633 Battery Street | McDERMOTT WILL & EMERY LLP |
| San Francisco, CA 94111-1809 | 275 Middlefield Road, Suite 100 |
| Telephone: 415 391 5400 | Menlo Park, CA 94025-4004 |
| Facsimile: 415 397 7188 | Telephone: 650 815 7400 |
| | Facsimile: 650 815 7401 |

Attorneys for Plaintiff, Counterdefendant, and Counterclaimant NETFLIX, INC.

Attorneys for Defendants, Counterclaimants, and Counterdefendants ROVI CORPORATION and UNITED VIDEO PROPERTIES, INC.; Defendants and Counterclaimants ROVI TECHNOLOGIES CORPORATION AND ROVI GUIDES, INC.; and Counterclaimants and Counterdefendants APTIV DIGITAL, INC. and STARSIGHT TELECAST, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NETFLIX, INC., <br>     Plaintiff, <br>     v. <br> ROVI CORPORATION, ROVI TECHNOLOGIES CORPORATION, ROVI GUIDES, INC. (f/k/a GEMSTAR-TV GUIDE INTERNATIONAL), and UNITED VIDEO PROPERTIES, INC. <br>     Defendants, <br> ROVI CORPORATION, ROVI TECHNOLOGIES CORPORATION, ROVI GUIDES, INC. (f/k/a GEMSTAR-TV GUIDE INTERNATIONAL), UNITED VIDEO PROPERTIES, INC., APTIV DIGITAL, INC., and STARSIGHT TELECAST, INC. <br>     Counterclaimants, <br>     v. <br> NETFLIX, INC., <br>     Counterdefendant. | CASE NO. 4:11-cv-06591-PJH <br><br> [PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO FILE PORTIONS OF EXHIBIT 1 TO THE FEBRUARY 9, 2015 JOINT LETTER BRIEF UNDER SEAL <br><br> DEMAND FOR JURY TRIAL <br><br> Hearing Date: <br> Time: <br> Dept.: Courtroom 4, 3rd Floor <br> Judge: Hon. Donna M. Ryu |

| | |
|---|---|
| 1 | NETFLIX, INC., |
| 2 | Counterclaimants, |
| 3 | v. |
|   | ROVI CORPORATION, UNITED VIDEO PROPERTIES, INC., APTIV DIGITAL, |
| 4 | INC., AND STARSIGHT TELECAST, INC. |
| 5 | Counterdefendants, |

[~~PROPOSED~~] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO SEAL

CASE NO. C-11-CV-06591-PJH

1   Upon consideration of the parties Joint Administrative Motion to Seal Portions of Exhibit
2   1, the Declaration of Edward Bayley in support thereof, and the record on file, and having
3   determined that the public disclosure of the confidential information described therein would
4   harm Netflix, and finding compelling reasons to seal that information, the Court grants the parties
5   Joint Administrative Motion to seal the confidential, unredacted versions of the following
6   portions of the following documents:

| Document | Portions of Pages Be Sealed |
| --- | --- |
| [Exh. 1] 2015-01-07 First Suppl. Infringement Contentions_56658853_3 | 12 – 25, 27-32 |
| [Exh. 1-A] 2015-01-19 Suppl. 929 Infringement Claim Chart | 4, 6, 16 - 26, 29 |
| [Exh. 1-B] 2015-01-07 Suppl. 762 Infringement Chart_56732297_3 | 2- 3, 21-61, 63-100, 102-105 |
| [Exh. 1-C] 2015-01-07 Suppl. 906 Infringement Chart_56606155_7 | 2-4, 6-10, 13, 15-19, 21-38, 41, 43-47, 49-52, 54-61, 63-67, 69-76, 78-81, 83, 85-86, 88-95, 97-106, 108-112, 114-117, 119-126, 128-131, 133-136, 138-140, 142-146, 148, 150-154, 156-160, 162, 164-168, 170-173, 175-178, 180-182, 184-188, 190, 192-196, 198-201, 204, 206-210, 212-216, 218, 220-221, 223-225, 227-230, 232-239, 241-244, 246-253, 255-258, 261, 263-271, 273, 275-276 |
| [Exh. 1-D] 2015-01-07 Suppl. 962 Infringement Chart_57328767_5 | 2, 5-6, 8-10, 12, 14, 17-18, 20, 23-29, 31, 33, 36-37, 39, 42-45, 47, 49, 51, 53, 56, 59, 61-66, 68, 71, 73, 75, 77, 79-84, 87-88, 90, 93, 95-100, 102-103, 105, 108-117, 119-120, 122, 124-131, 133-134, 136, 138, 140-143, 145, 147, 150-151, 153, 156, 158-159, 161, 163, 165-167, 169-170, 172-173, 175, 177, 179-180, 182-183, 185, 187-188, 190, 192-199, 201-203, 205-206, 208-217, 219-220 |
| [Exh. 1-E] 2015-01-07 Suppl. 709 Infringement Chart_56828599_5 | 1, 30-31, 64-65, 102, 140, 177-179, 185, 200-202, 220, 259-262, 269, 280-282, 284, 288-291, 298-299, 301-302, 305-307, 315-319, 322-325, 329-331, 333, 339-342, 347-348, 351, 357-359, 362, 367-369, 372, 378-380, 383, 383, 388-390, 392, 396-398 |

[~~PROPOSED~~] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO SEAL     - 1 -     CASE NO. C-11-CV-06591-PJH

**IT IS SO ORDERED.**

Dated: February 9, 2015



_____
Judge Donna M. Ryu
HONORABLE DONNA RYU
UNITED STATES DISTRICT JUDGE

McDermott Will & Emery LLP
Attorneys At Law
Menlo Park