1 | KEKER & VAN NEST LLP
ASHOK RAMANI - #200020
2 | aramani@kvn.com
MICHAEL S. KWUN - #198945
3 | mkwun@kvn.com
DAN JACKSON - #216091
4 | djackson@kvn.com
SHARIF E. JACOB - #257546
5 | sjacob@kvn.com
EDWARD A. BAYLEY - #267532
6 | ebayley@kvn.com
633 Battery Street
7 | San Francisco, CA 94111-1809
Telephone:    415 391 5400
8 | Facsimile:    415 397 7188

9 | Attorneys for Plaintiff, Counter-Defendant,
and Counter-Claimant, NETFLIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—OAKLAND DIVISION

| | |
|---|---|
| NETFLIX, INC., | Case No. 4:11-CV-6591 PJH |
| Plaintiff, Counter-Defendant, and Counter-Claimant | **DECLARATION OF MICHAEL S. KWUN IN SUPPORT OF NETFLIX, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OF INVALIDITY UNDER 35 U.S.C. § 101** |
| v. | |
| ROVI CORPORATION; ROVI TECHNOLOGIES CORPORATION; ROVI GUIDES, INC. (f/k/a GEMSTAR-TV GUIDE INTERNATIONAL); and UNITED VIDEO PROPERTIES, INC., | Date:        March 25, 2015<br>Time:        9:00 a.m.<br>Dept.:       Courtroom 3, 3rd Floor<br>Judge:      Hon. Phyllis J. Hamilton |
| Defendants; | |
| ROVI CORPORATION; ROVI TECHNOLOGIES CORPORATION; ROVI GUIDES, INC. (f/k/a GEMSTAR-TV GUIDE INTERNATIONAL); UNITED VIDEO PROPERTIES, INC.; APTIV DIGITAL, INC.; and STARSIGHT TELECAST, INC., | Complaint Filed:     December 21, 2011<br><br>Trial Date:              None |
| Counter-Claimants; and | |
| ROVI CORPORATION; UNITED VIDEO PROPERTIES, INC.; APTIV DIGITAL, INC.; and STARSIGHT TELECAST, INC., | |
| Counter-Defendants. | |

906497

I, MICHAEL S. KWUN, declare and state:

1.      I am an attorney licensed to practice law in the State of California and am of counsel to the law firm of Keker & Van Nest LLP, attorneys for plaintiff Netflix, Inc. in the above-captioned action.

2.      I have knowledge of the facts set forth herein, and if called upon as a witness, I could testify to them competently under oath.

3.      On December 15, 2014, I electronically signed a declaration in support of Netflix's Motion for Summary Judgment of Invalidity Under 35 U.S.C. § 101.  That declaration included **Exhibits A-H**.

4.      Attached hereto as **Exhibit I** is a true and correct copy of the relevant excerpts of Defendants' Disclosure of Asserted Claims and Infringement Contentions, served on August 28, 2014.

Executed this 18th day of February, 2015 at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*/s Michael S. Kwun*
MICHAEL S. KWUN

KWUN DECL. ISO NETFLIX, INC.'S REPLY ISO M.S.J. OF INVALIDITY UNDER 35 U.S.C. § 101
Case No. 4:11-CV-6591 PJH

906497

# EXHIBIT I

1    YAR R. CHAIKOVSKY, #175421
     ychaikovsky@mwe.com
2    DAVID L. LARSON, #112342
     dlarson@mwe.com
3    HONG S. LIN, #249898
     hlin@mwe.com
4    PHILIP OU, #259896
     pou@mwe.com
5    McDERMOTT WILL & EMERY LLP
     275 Middlefield Road, Suite 100
6    Menlo Park, CA  94025-4004
     Telephone:    650 815 7400
7    Facsimile:    650 815 7401

8    Attorneys for Defendants-Counterclaimants
     ROVI CORPORATION, ROVI TECHNOLOGIES
9    CORPORATION, ROVI GUIDES, INC. (F/K/A
     GEMSTAR-TV GUIDE INTERNATIONAL), and
10   UNITED VIDEO PROPERTIES, INC., and
     Counterclaimants
11   APTIV DIGITAL, INC. and STARSIGHT
     TELECAST, INC.

12

UNITED STATES DISTRICT COURT

13                        NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

14   NETFLIX, INC.,

15              Plaintiff,

16           v.

17   ROVI CORPORATION, ROVI
     TECHNOLOGIES CORPORATION,
     ROVI GUIDES, INC. (f/k/a GEMSTAR-
18   TV GUIDE INTERNATIONAL), and
     UNITED VIDEO PROPERTIES, INC.
19              Defendants,                         CASE NO. 4:11-cv-06591-PJH

20   and                                            DISCLOSURE OF ASSERTED CLAIMS
                                                    AND INFRINGEMENT CONTENTIONS
21   ROVI CORPORATION, ROVI
     TECHNOLOGIES CORPORATION,
22   ROVI GUIDES, INC. (f/k/a GEMSTAR-
     TV GUIDE INTERNATIONAL) UNITED
23   VIDEO PROPERTIES, INC., APTIV
     DIGITAL, INC., and STARSIGHT
24   TELECAST, INC.

25              Counterclaimants,

26           v.

27   NETFLIX, INC.,
                Counterdefendant.

28

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

1   Pursuant to Patent Local Rules ("P.R.") 3-1 and 3-2, Counterclaimants Rovi Corporation,

2   Rovi Technologies Corporation, Rovi Guides, Inc. (f/k/a Gemstar-TV Guide International),

3   United Video Properties, Inc., Aptiv Digital, Inc., and StarSight Telecast, Inc. (collectively

4   "Rovi"), serve their Disclosure of Asserted Claims and Preliminary Infringement Contentions

5   (the "Disclosure") regarding infringement of U.S. Patent Nos.; 7,945,929 ("the '929 Patent");

6   6,898,762 ("the '762 Patent"); 7,103,906 ("the '906 Patent"); 7,974,962 ("the '962 Patent"); and

7   7,065,709 ("the '709 Patent") (collectively, "the Patents-in-suit").

8   Rovi bases this Disclosure on its current knowledge, understanding, and belief as to the

9   facts and information available as of the date of this Disclosure.  Rovi has not yet completed its

10  investigation, collection of information, discovery, or analysis relating to this action, and

11  additional discovery may require Rovi to amend, revise and/or supplement this Disclosure or any

12  accompanying exhibits.  Rovi thus specifically reserves the right to amend, revise and/or

13  supplement this Disclosure and/or any accompanying exhibits in accordance with this Court's

14  Scheduling Order and/or any other Orders of record in this matter, P.R. 3-6, and/or Federal Rules

15  of Civil Procedure 26(e) as additional documents and information become available, including

16  documents that were previously produced in the related International Trade Commission matter,

17  and as discovery and investigation proceed.  Rovi further reserves its right to supplement this

18  Disclosure and exhibits based on claim construction positions taken by Plaintiff and Counter-

19  defendant Netflix, Inc. ("Netflix") following any *Markman* Order by the Court.  This Disclosure

20  is made without prejudice to any position Rovi may take with respect to claim construction.  Rovi

21  further reserves the right to introduce and use such supplemental materials at trial.

22  Rovi provides the information below and in the preliminary infringement charts attached

23  as **Exhibits A-E** as well as the accompanying documents, in order to comply with P.R. 3-1 and 3-

24  2 only.  As with the rest of this Disclosure, Rovi's claim charts are preliminary and exemplary in

25  nature, and Rovi reserves the right to supplement these Exhibits to allege other theories of

26  infringement based on Rovi's continuing investigation during the course of discovery.  The

27  information provided shall not be deemed an admission regarding the scope of any claims or the

28  proper construction of those claims or any terms contained therein.  The production of documents

- 2 -

DISCLOSURE OF ASSERTED CLAIMS AND
INFRINGEMENT CONTENTIONS
CASE NO. 4:11-CV-06591-PJH

that have been identified in this Disclosure shall not be deemed an admission that such documents are admissible or that Rovi has waived any objections regarding the admissibility of such documents.

**I.**       **ASSERTED CLAIMS—PATENT LOCAL RULE 3-1(A)** (*each claim of each patent in suit that is allegedly infringed by each opposing party, including for each claim the applicable statutory subsections of 35 U.S.C. §271 asserted*)

Pursuant to P.R. 3-1(a), Rovi identifies the following claims of the Patents-in-suit as being infringed by Netflix:

Claims 11-14, 16, 17, 19, and 20 of the '929 Patent under 35 U.S.C. § 271(a), (b), (c), and (f) and claim 18 of the '929 Patent under 35 U.S.C. § 271(b), (c), and (f);

Claims 1 and 6 of the '762 Patent under 35 U.S.C. § 271(a), (b), and (c) and claims 13, 15 and 17 of the '762 Patent under 35 U.S.C. § 271(b), (c) and (f);

Claims 1-3, 6, and 8 and 10-11 of the '906 Patent under 35 U.S.C. § 271(a), (b), and (c);

Claims 1, 3, 5-6, 9-10, 13 of the '962 Patent under 35 U.S.C. § 271(a), (b), and (c) and claims 14, 16, 18-19, 23-24 and 26-27 of the '962 Patent under 35 U.S.C. § 271(a), (b), (c) and (f); and,

Claims 13-16 of the '709 Patent under 35 U.S.C. § 271(a), (b), and (c) and claims 17-20 of the '709 Patent under 35 U.S.C. § 271 (b), (c), and (f).

Rovi specifically reserves its right to amend, revise and/or supplement its asserted claims and applicable statutory subsections as Rovi acquires additional information about the Accused Instrumentalities (referenced below) and other products or services made, used, offered for sale, imported and/or sold by Netflix or by third parties ("Netflix Device Partners") who include software for accessing the Netflix service on their devices, and as any additional Accused Instrumentalities are identified.

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

II.      **"ACCUSED INSTRUMENTALITIES"—PATENT LOCAL RULE 3-1(B)**

*(separately for each asserted claim, each accused apparatus, product, device, process, method, act, or other instrumentality ("Accused Instrumentality") of each opposing party of which the party is aware. This identification shall be as specific as possible. Each product, device, and apparatus shall be identified by name or model number, if known. Each method or process shall be identified by name, if known, or by any product, device, or apparatus which, when used, allegedly results in the practice of the claimed method or process)*

Pursuant to P.R. 3-1(b), Rovi identifies the following Accused Instrumentalities that it currently believes infringe the Patents-in-suit. As used below, "Netflix Hardware" refers to any processor, computer, server, server farm, cloud platform, or other equipment relating to the Netflix service (*e.g.*, hardware controlled, used, or supplied by Netflix for accessing, providing, or interacting with or otherwise using the Netflix service). "Netflix Software" refers to any software relating to the Netflix service (*e.g.*, software developed, used or supplied by Netflix for accessing, providing, or interacting with or using the Netflix service), including application(s) (an "Application" or "App"), website software, cloud service, or server software ("Netflix Server Software"), whether located on or in communication with Netflix Hardware or a client device, such as, but not limited to, television(s), media device(s), computer(s), tablet(s) or handheld device(s).

A.      **The '929 Patent**

As shown in Exhibit A, at least the following Accused Instrumentalities infringe the claims of the '929 Patent identified above pursuant to P.R. 3-1(a):

- Netflix Hardware/Software as evidenced by accessing the Netflix service from the following exemplary platforms:
  - Netflix's webpages
  - Netflix Ready Devices using the Unified UI, including but not limited to smart TVs and Blu-ray players, video game consoles (*e.g.*, Xbox 360, PlayStation 3, PlayStation 4), and other connected-media devices (*e.g.*, Roku 3, TiVo Roamio)

DISCLOSURE OF ASSERTED CLAIMS AND
INFRINGEMENT CONTENTIONS
CASE NO. 4:11-CV-06591-PJH

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

McDermott Will & Emery LLP
Attorneys At Law
Menlo Park

1

   o Netflix Ready Devices using the Plus UI, including but not limited to smart

2

    TVs and Blu-ray players and connected-media devices (*e.g.*,WDTV Play,

3

    Boxee)

4

   o Netflix Ready Devices using the Gigabowser UI, including but not limited to

5

    smart TVs, Blu-ray players, and other connected-media devices

6

   o Netflix Ready Devices using the Special UI, including but not limited to smart

7

    TVs and Blu-ray players and other connected-media devices

8

   o Android smartphones

9

   o Android tablets

10

   o Any other devices using the Android operating system

11

   o Apple iPhones

12

   o Apple iPads

13

   o Any other devices using the Apple iOS operating system

14

   o Apple TV

15

   o Microsoft Windows 8 devices

16

   o Microsoft Xbox One

17

   o Sony PlayStation Vita

18

   o Nintendo Wii, Wii U, and 3DS & 2DS

19

  • All Netflix Hardware/Software for use with any device (including Netflix Ready

20

   Devices) that provides the feature of generating combination categories, or that

21

   provide any similar functionality as described by the asserted claims of the '929 patent

22

   as shown in Exhibit A.

23

**B.**  **The '762 Patent**

24

  As shown in Exhibit B, at least the following Accused Instrumentalities infringe claims 1,

25

6, 13, 15, and 17 of the '762 Patent identified above pursuant to P.R. 3-1(a):

26

  • Netflix Hardware/Software as evidenced by accessing the Netflix service from the

27

   following exemplary platforms:

28

   o Netflix's webpages

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

1        o   Netflix Ready Devices using the Unified UI, including but not limited to smart

2             TVs and Blu-ray players, video game consoles (*e.g.*, Xbox 360, PlayStation 3,

3             PlayStation 4), and connected-media devices (*e.g.*, Roku 3, TiVo Roamio)

4        o   Netflix Ready Devices using the Plus UI, including but not limited to smart

5             TVs and Blu-ray players and connected-media devices (*e.g.*,WDTV Play,

6             Boxee)

7        o   Netflix Ready Devices using the Gigabowser UI, including but not limited to

8             smart TVs, Blu-ray players, and connected-media devices

9        o   Netflix Ready Devices using the Special UI, including but not limited to smart

10            TVs and Blu-ray players and connected-media devices

11       o   Android smartphone

12       o   Android tablet

13       o   Any other devices using the Android operating system

14       o   Apple iPhone

15       o   Apple iPad

16       o   Any other devices using the Apple iOS operating system

17       o   Microsoft Windows 8 devices

18       o   Windows Phone devices

19       o   Microsoft Xbox One

20       o   Sony PlayStation Vita

21       o   Nintendo Wii, Wii U, and 3DS & 2DS

22   •   All Netflix Hardware/Software for use with any device (including Netflix Ready

23       Devices) that provides the feature of tracking viewer history and visually

24       distinguishing previously viewed programs, or that provide any similar functionality

25       as described by the asserted claims of the '762 patent, for example, as shown in

26       Exhibit B.

27

28

DISCLOSURE OF ASSERTED CLAIMS AND
INFRINGEMENT CONTENTIONS
CASE NO. 4:11-CV-06591-PJH

McDermott Will & Emery LLP
Attorneys At Law
Menlo Park

### C.      The '906 Patent

As shown in Exhibit C, at least the following Accused Instrumentalities infringe the claims of the '906 Patent identified above pursuant to P.R. 3-1(a):

- Netflix Hardware/Software as evidenced by accessing the Netflix service from the following exemplary platforms:
  - o   Netflix's websites
  - o   Apple iPhones
  - o   Apple iPads
  - o   Any other devices using the Apple iOS operating system
  - o   Apple TV
  - o   Netflix Ready Devices using the Unified UI, including but not limited to smart TVs and Blu-ray players, video game consoles (*e.g.*, Xbox 360, PlayStation 3, PlayStation 4), and connected-media devices (*e.g.*, Roku 3, TiVo Roamio)
  - o   Netflix Ready Devices using the Plus UI, including but not limited to smart TVs and Blu-ray players and connected-media devices (*e.g.*, WDTV Play, Boxee)
  - o   Netflix Ready Devices using the Gigabowser UI, including but not limited to smart TVs, Blu-ray players, and connected-media devices
  - o   Netflix Ready Devices using the Special UI, including but not limited to smart TVs and Blu-ray players and connected-media devices
  - o   Microsoft Xbox One
  - o   Android smartphones
  - o   Android tablets
  - o   Any other devices using the Android operating system
  - o   Nintendo products including Wii, Wii U, and 3DS & 2DS
  - o   Sony PlayStation Vita
  - o   Microsoft Windows 8 devices
  - o   Windows Phones devices

- All Netflix Hardware/Software for use with any device (including Netflix Ready Devices) that provide the feature of bookmarking video playback on a first device and resuming playback on a second device, or that provide any similar functionality as described by the asserted claims of the '906 patent as shown in Exhibit C.

**D.      The '962 Patent**

As shown in Exhibit D, at least the following Accused Instrumentalities infringe claims 1, 3, 5, 9-10, 13, 14, 16, 18, 23-24 and 26-27 of the '962 Patent identified above pursuant to P.R. 3-1(a):

- Netflix Hardware/Software for accessing Netflix from the following exemplary platforms:
  - Apple iPad
  - Netflix's webpages
  - Microsoft Windows 8 devices
- Netflix Software for accessing Netflix from the following exemplary platforms:
  - Apple iPad
  - Netflix's webpages
  - Microsoft Windows 8 devices
- All Netflix Software alone or in combination with Netflix Hardware for use with any device (including Netflix Ready Devices) that provide the feature of searching for program categories, or that provide any similar functionality as described by the asserted claims of the '962 patent as shown in Exhibit D.

As shown in Exhibit D, at least the following Accused Instrumentalities infringe claims 1, 3, 5-6, 10, 13, 14, 16, 18-19, 24 and 26-27 of the '962 Patent identified above pursuant to P.R. 3-1(a):

- Netflix Hardware/Software for accessing Netflix from the following exemplary platforms:

McDermott Will & Emery LLP
Attorneys At Law
Menlo Park

McDermott Will & Emery LLP
Attorneys At Law
Menlo Park

- o Netflix Ready Devices using the Unified UI, including but not limited to smart TVs and Blu-ray players, video game consoles (*e.g.*, Xbox 360, PlayStation 3, PlayStation 4), and connected-media devices (*e.g.*, Roku 3, TiVo Roamio)
- o Netflix Ready Devices using the Plus UI, including but not limited to smart TVs and Blu-ray players and connected-media devices (*e.g.*,WDTV Play, Boxee)
- o Netflix Ready Devices using the Gigabowser UI, including but not limited to smart TVs, Blu-ray players, and connected-media devices
- o Netflix Ready Devices using the Special UI, including but not limited to smart TVs and Blu-ray players and connected-media devices
- o Apple TV
- o Microsoft Xbox One

- Netflix Software for accessing Netflix from the following exemplary platforms:
  - o Netflix Ready Devices using the Unified UI, including but not limited to smart TVs and Blu-ray players, video game consoles (*e.g.*, Xbox 360, PlayStation 3, PlayStation 4), and connected-media devices (*e.g.*, Roku 3, TiVo Roamio)
  - o Netflix Ready Devices using the Plus UI, including but not limited to smart TVs and Blu-ray players and connected-media devices (*e.g.*,WDTV Play, Boxee)
  - o Netflix Ready Devices using the Gigabowser UI, including but not limited to smart TVs, Blu-ray players, and connected-media devices
  - o Netflix Ready Devices using the Special UI, including but not limited to smart TVs and Blu-ray players and connected-media devices
  - o Apple TV
  - o Microsoft Xbox One

- All Netflix Software alone or in combination with Netflix Hardware for use with any device (including Netflix Ready Devices) that provide the feature of searching for

- 9 -

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

program categories, or that provide any similar functionality as described by the asserted claims of the '962 patent as shown in Exhibit D.

**E.     The '709 Patent**

As shown in Exhibit E, at least the following Accused Instrumentalities infringe claims 13-16 and 17-20 of the '709 Patent identified above pursuant to P.R. 3-1(a):

- Netflix Hardware/Software for accessing Netflix from the following exemplary platforms:
    - o Netflix's websites
    - o Apple iPhones
    - o Apple iPads
    - o Any other devices using the Apple iOS operating system
    - o Netflix Ready Devices using the Unified UI, including but not limited to smart TVs and Blu-ray players, video game consoles (*e.g.*, Xbox 360, PlayStation 3, PlayStation 4), and connected-media devices (*e.g.*, Roku 3, TiVo Roamio)
    - o Netflix Ready Devices using the Plus UI, including but not limited to smart TVs and Blu-ray players and connected-media devices (*e.g.*,WDTV Play, Boxee)
    - o Netflix Ready Devices using the Gigabowser UI, including but not limited to smart TVs, Blu-ray players, and connected-media devices
    - o Netflix Ready Devices using the Special UI, including but not limited to smart TVs and Blu-ray players and connected-media devices
    - o Microsoft Xbox One
    - o Microsoft Windows 8 devices
    - o Android smartphones
    - o Android tablets
    - o Any other devices using the Android operating system
    - o Sony PlayStation Vita
    - o Nintendo Wii, Wii U, and 2DS & 3DS

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

- All Netflix Hardware/Software for use with any device (including Netflix Ready Devices) that provides the feature of generating and delivering program recommendations, or that provide any similar functionality as described by the asserted claims of the '709 patent as shown in Exhibit E.

III.   **CLAIM CHARTS—PATENT LOCAL RULE 3-1(C)** (*a chart identifying specifically where each limitation of each asserted claim is found within each accused instrumentality, including for each limitation that such party contends is governed by 35 U.S.C. § 112(6), the identity of the structure(s), act(s), or material(s) in the accused instrumentality that performs the claimed function*)

Rovi identifies infringement of each asserted claim for each Accused Instrumentality in the preliminary infringement charts attached as **Exhibits A-E**, which are organized as follows:

**Exhibit A:** The '929 Patent against the Accused Instrumentalities identified above pursuant to P.R. 3-1(b);

**Exhibit B:** The '762 Patent against the Accused Instrumentalities identified above pursuant to P.R. 3-1(b);

**Exhibit C:** The '906 Patent against the Accused Instrumentalities identified above pursuant to P.R. 3-1(b);

**Exhibit D:** The '962 Patent against the Accused Instrumentalities identified above pursuant to P.R. 3-1(b); and

**Exhibit E:** The '709 Patent against the Accused Instrumentalities identified above pursuant to P.R. 3-1(b).

Rovi explicitly reserves the right to supplement, modify, and/or amend its contentions as discovery proceeds, in particular, once Rovi receives Netflix's nonpublic information about the Accused Instrumentalities, including but not limited to its documents to be produced pursuant to Patent Local Rule 3-4(a).

1   document production at RVNF00003569-RVNF00003621; RVNF00003698-RVNF00003877;

2   RVNF00003891-RVNF00003908; RVNF00003912-RVNF00003930.

3

4   Dated: August 28, 2014                          Respectfully submitted,

5                                                   McDERMOTT WILL & EMERY LLP

6

7                                                   By:/s/ *Yar R. Chaikovsky*
                                                        Yar R. Chaikovsky

8
                                                    Attorneys for Defendants-Counterclaimants
9                                                   ROVI CORPORATION, ROVI
                                                    TECHNOLOGIES CORPORATION, ROVI
10                                                  GUIDES, INC. (F/K/A GEMSTAR-TV
                                                    GUIDE INTERNATIONAL), and UNITED
11                                                  VIDEO PROPERTIES, INC., and
                                                    Counterclaimants
12                                                  APTIV DIGITAL, INC. and STARSIGHT
                                                    TELECAST, INC.
13

14

15  DM_US 49379239-6.072826.0031

16

17

18

19

20

21

22

23

24

25

26

27

28

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

DISCLOSURE OF ASSERTED CLAIMS AND
INFRINGEMENT CONTENTIONS
CASE NO. 4:11-CV-06591-PJH