## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

**Date: March 25, 2015 (Time: 3 hours 34 minutes)    JUDGE:  Phyllis J. Hamilton**

**Case No:11-cv-06591-PJH**
**Case Name: Netflix, Inc. v. Rovi Corporation, et al.**

| | |
|---|---|
| **Attorney(s) for Plaintiff:** | **Ashok Ramani; Tina Sessions; Ed Bayley; Michael Kwun; Sharif Jacob** |
| **Attorney(s) for Defendant:** | **Yar Chaikovsky; Hong Lin; Amol Parikh** |

**Deputy Clerk: Nichole Peric**                **Court Reporter: Kathy Wyatt**

### PROCEEDINGS

Plaintiff's Motion for Summary Judgment-Held.  The court takes the matter under submission.

Claims Construction Hearing-Held.  The court takes the matter under submission.

**Order to be prepared by:   [] Pl [] Def [x] Court**

**Notes:**

**cc: chambers**