# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL LAW AND MOTION MINUTE ORDER

| **Date:** 3/26/15 | **Time:** 11:19-12:11 | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 11-cv-06591-PJH | **Case Name:** Netflix, Inc. v. Rovi Corporation, et al | |

**Attorney for Plaintiff:** Sharif Jacob and Ed Bayley
**Attorney for Defendants:** Yar Chaikovsky and Hong Lin

**Deputy Clerk:** Ivy Lerma Garcia        **FTR:** 11:19-12:11

**PROCEEDINGS**
1. Joint Discovery Letter Brief  [Docket No. 122]  TAKEN UNDER SUBMISSION

At the parties' joint request, the previously-set hearing date on Joint Administrative Motion to file portions of Exhibit 1 to 3/12/2015 Joint Letter Brief Under Seal [Docket No. 137] and Joint Discovery Letter [Docket No. 138] is vacated.  The hearing on those motions will be held on May 28, 2015 at 11:00 a.m.

**Order to be prepared by:**
[ ]    Plaintiff                [ ]    Defendant            [X]    Court


cc:  Chambers