# EXHIBIT C

| | |
|---|---|
| 1 | YAR R. CHAIKOVSKY (SB# 175421) |
|   | yarchaikovsky@paulhastings.com |
| 2 | MICHAEL C. HENDERSHOT (SB# 211830) |
|   | michaelhendershot@paulhastings.com |
| 3 | HONG S. LIN (SB# 249898) |
|   | honglin@paulhastings.com |
| 4 | PHILIP OU (SB# 259896) |
|   | philipou@paulhastings.com |
| 5 | JOEL C. LIN (SB# 280679) |
|   | joellin@paulhastings.com |
| 6 | PAUL HASTINGS LLP |
|   | 1117 S. California Avenue |
| 7 | Palo Alto, CA  94304-1106 |
|   | Telephone:  1(650) 320-1800 |
| 8 | Facsimile:  1(650) 320-1900 |

9  Attorneys for Defendants, Counterclaimants, and
   Counterdefendants ROVI CORPORATION and UNITED
10 VIDEO PROPERTIES, INC., Defendants and
   Counterclaimants ROVI TECHNOLOGIES
11 CORPORATION AND ROVI GUIDES, INC. (f/k/a
   GEMSTAR-TV GUIDE INTERNATIONAL); and
12 Counterclaimants and Counterdefendants APTIV
   DIGITAL, INC. and STARSIGHT TELECAST, INC.

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                              OAKLAND DIVISION

17

| | | |
|---|---|---|
| 18 | NETFLIX, INC., | CASE NO. 4:11-CV-6591-PJH |
| 19 | Plaintiff, | **DECLARATION OF HONG S. LIN IN SUPPORT OF ROVI'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF IN OPPOSITION TO NETFLIX'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY UNDER 35 U.S.C. § 101** |
| 20 | vs. | |
| 21 | ROVI CORPORATION, ROVI TECHNOLOGIES CORPORATION, ROVI GUIDES, INC. (F/K/A GEMSTAR-TV GUIDE INTERNATIONAL), AND UNITED VIDEO PROPERTIES, INC., | |
| 22 | | |
| 23 | | |
| 24 | Defendants. | |
| 25 | ROVI CORPORATION, ROVI TECHNOLOGIES CORPORATION, ROVI GUIDES, INC. (F/K/A GEMSTAR-TV GUIDE INTERNATIONAL), UNITED VIDEO PROPERTIES, INC., APTIV DIGITAL, INC., AND STARSIGHT TELECAST, INC., | |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| 1 | |
| 2 | Counterclaimants, |
| 3 | vs. |
| 4 | |
| 5 | NETFLIX, INC., |
| | Counterdefendant |
| 6 | NETFLIX, INC., |
| 7 | Plaintiff, |
| 8 | vs. |
| 9 | ROVI CORPORATION, UNITED VIDEO PROPERTIES, INC., APTIV DIGITAL INC., AND STARSIGHT TELECAST, INC., |
| 10 | |
| 11 | Counterdefendants. |

Case No. 4:11-cv-6591-PJH

DECL. OF HONG S. LIN IN SUPPORT OF ROVI'S MOTION FOR LEAVE

I, HONG S. LIN, declare and state that:

1. I am an attorney licensed to practice law in the State of California and am of counsel with the law firm of Paul Hastings LLP, located at 1117 S. California Ave, Palo Alto, CA 94304, counsel for defendants, counterclaimants, and counterdefendants Rovi Corporation, Rovi Technologies Guides, Inc. (f/k/a Gemstar-TV Guide International), United Video Properties, Inc., Aptiv Digital, Inc. and StarSight Telecast (collectively, "Rovi"), in the above-captioned action. Except where expressly stated, I have personal knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

2. On April 17, 2015, I met and conferred with counsel for Netflix, Inc., who objected to Rovi's Motion for Leave to File a Supplemental Brief in Opposition to Netflix's Motion for Summary Judgment of Invalidity Under 35 U.S.C. § 101. The parties negotiated in good faith, but were unable to agree to the filing of the Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on April 20, 2015 in Palo Alto, CA.

By: _____/s/ *Hong S. Lin*_____
      HONG S. LIN

Case No. 4:11-cv-6591-PJH    -1-    DECL. OF HONG S. LIN IN SUPPORT OF ROVI'S MOTION FOR LEAVE