1  KEKER & VAN NEST LLP
   ASHOK RAMANI, #200020
2  aramani@kvn.com
   MICHAEL S. KWUN, #198945
3  mkwun@kvn.com
   SHARIF E. JACOB, #257456
4  sjacob@kvn.com
   EDWARD A. BAYLEY
5  ebayley@kvn.com
   633 Battery Street
6  San Francisco, CA 94111-1809
   Telephone:    415 391 5400
7  Facsimile:    415 397 7188

8  Attorneys for Plaintiff, Counterdefendant
   and Counterclaimant NETFLIX, INC.

McDERMOTT WILL & EMERY LLP
YAR R. CHAIKOVSKY, #175421
ychaikovsky@mwe.com
DAVID L. LARSON, #112342
dlarson@mwe.com
HONG S. LIN, #249898
hlin@mwe.com
PHILIP OU, #259896
pou@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA  94025-4004
Telephone:    650 815 7400
Facsimile:    650 815 7401

Attorneys for Defendants, Counterclaimants,
and Counterdefendants
ROVI CORPORATION and UNITED VIDEO
PROPERTIES, INC., Defendants and
Counterclaimants ROVI TECHNOLOGIES
CORPORATION and ROVI GUIDES, INC.,
and Counterclaimants and Counterdefendants
APTIV DIGITAL, INC. and STARSIGHT
TELECAST, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

NETFLIX, INC.,

                    Plaintiff,

          v.

ROVI CORPORATION; ROVI
TECHNOLOGIES CORPORATION;
ROVI GUIDES, INC. (f/k/a GEMSTAR-
TV GUIDE INTERNATIONAL); and
UNITED VIDEO PROPERTIES, INC.,

                    Defendants.

─────────────────────────────────

ROVI CORPORATION; ROVI
TECHNOLOGIES CORPORATION;
ROVI GUIDES, INC. (f/k/a GEMSTAR-
TV GUIDE INTERNATIONAL); UNITED
VIDEO PROPERTIES, INC.; APTIV
DIGITAL, INC.; and STARSIGHT
TELECAST, INC.,

Case No. 4:11-CV-6591 PJH

[PROPOSED] ORDER GRANTING JOINT
ADMINISTRATIVE MOTION TO FILE
PORTIONS OF EXHIBIT 1 TO THE
MARCH 12, 2015 JOINT LETTER BRIEF
UNDER SEAL

Date:         N/A
Time:         N/A
Dept.:        Courtroom 4, 3rd Floor
Judge:        Hon. Donna M. Ryu

Date Filed: December 21, 2011
Trial Date:  None

920711

Counter-Claimants,

v.

NETFLIX, INC.,

Counter-Defendant.

NETFLIX, INC.,

Counter-Claimant,

v.

ROVI CORPORATION; UNITED VIDEO
PROPERTIES, INC.; APTIV DIGITAL,
INC.; and STARSIGHT TELECAST, INC.,

Counter-Defendants.

[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO FILE PORTIONS OF
EXHIBIT 1 TO THE MARCH 12, 2015 JOINT LETTER BRIEF UNDER SEAL
Case No. 4:11-CV-6591 PJH

920711

1    Upon consideration of the parties Joint Administrative Motion to File Portions of Exhibit

2  1 to the March 12, 2015 Joint Letter Brief Under Seal, the Declaration of Sharif E. Jacob in

3  support thereof, and the record on file, and having determined that the public disclosure of the

4  confidential information described therein would harm Netflix, and finding compelling reasons to

5  seal that information, the Court grants the parties' Joint Administrative Motion to seal the

6  confidential, unredacted version of the following:

7         NETFLIX, INC.'S SECOND SUPPLEMENTAL INVALIDITY
          CONTENTIONS EXHIBIT I15.

8      IT IS SO ORDERED.

9

10 Dated:    May 19, 2015
            _____

11

12                                           _____

13                                           HONORABLE DONNA RYU
                                             UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO FILE PORTIONS OF
EXHIBIT 1 TO THE MARCH 12, 2015 JOINT LETTER BRIEF UNDER SEAL
Case No. 4:11-CV-6591 PJH

920711