UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NETFLIX, INC.,

    Plaintiff,

    v.

ROVI CORPORATION, et al.,

    Defendants.

Case No. 11-cv-6591 PJH

**JUDGMENT**

    This action came on for hearing before the court, and the issues having been duly heard and the court having granted Netflix's motion for summary judgment,

    it is Ordered and Adjudged

    that declaratory judgment is entered in favor of Netflix on its claim of invalidity of the patents-in-suit, and that the remaining claims for infringement and for declaratory judgment of non-infringement are dismissed as moot.

    **IT IS SO ORDERED.**

Dated:  July 15, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge